WILLIAM J. SCHROEDER
**KSB LITIGATION, P.S.**
510 W. Riverside Ave., Ste 300
Spokane, WA, 99223
William.Schroeder@KSBLit.legal
Attorneys for Defendant
Packaging Corporation of America

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| AARON E. SPOON and MERLINE SPOON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA; KONE, INC.,<br><br>Defendants. | No. 21-cv-05057-SAB<br><br>**JURY DEMAND** |

Defendant Packaging Corporation of America elects to try the above-captioned matter before a jury, and hereby demand the same.

Submitted this 8 day of April, 2021,

**KSB LITIGATION, P.S.**

By: s/ William J. Schroeder
William J. Schroeder
510 West Riverside Ave., 3rd Floor
Spokane, Washington, 99201
william.schroeder@KSBLit.legal
Attorneys for Defendant
Packaging Corporation of America

JURY DEMAND - 1

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., 3RD F
SPOKANE, WA 99201
(509) 624-8988

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CMECF participants:

[none]

/s/ *William J. Schroeder*
William J. Schroeder