WILLIAM J. SCHROEDER
**KSB LITIGATION, P.S.**
510 W. Riverside Ave., Ste. 300
Spokane, WA, 99201
William.Schroeder@KSBLit.legal
Attorneys for Defendant
Packaging Corporation of America

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON E. SPOON and MERLINE SPOON, husband and wife,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA; KONE, INC.,<br><br>                    Defendants. | No. 21-cv-05057-SAB<br><br>**DEFENDANT PACKAGING CORPORATION OF AMERICA'S ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW Packaging Corporation of America (the "Answering Defendant"), by and through its attorneys, and for Answer to Plaintiff's Complaint, admits, denies, and alleges as follows:

1.      The Answering Defendant admits paragraphs I., II., III., and IV.

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 1

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., STE 300
SPOKANE, WA  99201
(509) 624-8988

2.     In answer to paragraph V., the Answering Defendant admits that Kone Inc. ("Kone") provided advice and consultation to the Answering Defendant concerning its elevators and elevator operations. As to the remaining allegations of paragraph V, the Answering Defendant is without sufficient information to form a belief as to the truth of the allegations, and, therefore, denies the same and leaves Plaintiffs to their burden of proof.

3.     In answer to paragraph VI, the Answering Defendant admits that the accident at issue took place in Walla Walla County, Washington. The Answering Defendant admits that prior to the case being removed to federal court, jurisdiction was initially in Walla Walla County Superior Court.

4.     In answer to paragraph VII, the Answering Defendant admits that Plaintiff Aaron Spoon ("Spoon") was assisting with the removal of items from a freight elevator. The Answering Defendant admits that the elevator doors closed, and Spoon was injured. The Answering Defendant denies all other allegations contained in paragraph VII.

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 2

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., STE 300
SPOKANE, WA  99201
(509) 624-8988

5.   In answer to paragraph VIII, the Answering Defendant admits that at the time of the accident, Spoon was not employed by the Answering Defendant. As to the allegation concerning Washington's worker's compensation laws, this allegation sets forth a question of law to which no response is required. As to the remaining allegations contained in paragraph VIII, the Answering Defendant is without sufficient information to form a belief as to the truth of the allegations, and, therefore, denies the same and leaves Plaintiffs to their burden of proof.

6.   In answer to paragraph IX, the Answering Defendant is without sufficient information to form a belief as to the truth of the allegations, and, therefore, denies the same and leaves Plaintiffs to their burden of proof.

7.   The Answering Defendant admits paragraph X.

8.   The Answering Defendant denies all allegations contained in paragraph XI, including subparts thereto.

9.   In answer to paragraph XII., the Answering Defendant admits that Kone was negligent.

10.  The Answering Defendant denies paragraph XIII.

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 3

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., STE 300
SPOKANE, WA  99201
(509) 624-8988

11.  In answer to paragraph XIV, the Answering Defendant is without sufficient information to form a belief as to the truth of the allegations, and, therefore, denies the same and leaves Plaintiffs to their burden of proof.

12.  The Answering Defendant denies paragraph XV.

BY WAY OF FURTHER ANSWER to Plaintiffs' Complaint and as AFFIRMATIVE DEFENSES THERETO, the Answering Defendant, to the extent established by the evidence, alleges as follows:

1. Plaintiffs fail in whole or in part to state a claim or cause of action for which relief may be granted;

2. Plaintiffs' injuries/damages, if any, were not the result of any negligence or fault on the part of the Answering Defendant;

3. Plaintiffs' injuries/damages, if any, were proximately caused in whole or in part by Defendant Kone;

4. Plaintiffs' injuries/damages, if any, were proximately caused in whole or in part by a party over whom the Answering Defendant has no authority or control;

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 4

5. Plaintiffs' injuries/damages, if any, may have been sustained or increased and aggravated by Plaintiffs' failure to mitigate their damages;

6. Plaintiffs' injuries/damages were caused in whole or in part by Plaintiff Aaron Spoon's own negligence;

7. If liability is determined, all at fault parties should be apportioned fault pursuant to applicable Washington statutes including, but not limited to, RCW 4.22.070; and

8. The Answering Defendant reserves the right to amend its Answer to allege additional affirmative defenses as further discovery is completed.

WHEREFORE, having fully answered Plaintiffs' Complaint, the Answering Defendant prays as follows:

1. That Plaintiffs' Complaint be dismissed with prejudice;

2. For costs and disbursements incurred herein;

3. For attorney's fees as allowed by law; and

4. For such other and further relief as the Court deems just and equitable.

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 5

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., STE 300
SPOKANE, WA 99201
(509) 624-8988

1

Submitted this *15* day of April, 2021,

2

**KSB LITIGATION, P.S.**

3

4

By: s/ William J. Schroeder

5

William J. Schroeder

6

510 West Riverside Ave., Ste. 300

Spokane, Washington, 99201

7

william.schroeder@KSBLit.legal

8

Attorneys for Defendant

Packaging Corporation of America

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 6

28

## CERTIFICATE OF SERVICE

I hereby certify that on this day of April *15*, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CMECF participants:

[none]

/s/ *William J. Schroeder*
William J. Schroeder

DEFENDANT PACKAGING
CORPORATION OF
AMERICA'S ANSWER AND
AFFIRMATIVE DEFENSE - 7

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., STE 300
SPOKANE, WA 99201
(509) 624-8988