FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERLINE SPOON, as Personal Representative of the ESTATE OF AARON SPOON,<br><br>    Plaintiffs,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA; and KONE, INC.,<br><br>    Defendants. | No. 4:21-CV-05057-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 34. The parties stipulate and request the Court dismiss this matter with prejudice and without costs to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 34, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. The trial date and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** this file.

**DATED** this 14th day of September 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2